IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN JACKSON,            )<br>    Plaintiff,            )<br>                           )<br>v.                         )<br>                           )<br>COMMUNITY LOANS OF AMERICA, )<br>INC., *et al.*,            )<br>    Defendants.            ) | CIVIL ACTION NO.: 12-00521-KD-C |

**JUDGMENT**

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the parties' Joint Motion to Approve [the FLSA] Settlement Agreement (Doc. 19, as supplemented by Doc. 20) -- including Plaintiff's counsel's request for attorneys' fees and costs contained therein -- is **GRANTED** such that the FLSA settlement agreement (Doc. 20-1) is **APPROVED.** As such, this action is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Carolyn Jackson is due to be paid the sum of **$18,000.00** ($5,669.80 for unpaid wages, $5,669.80 for liquidated damages, $855.40 for breach of contract claims, and $5,805.00 in attorneys' fees and costs).

The Court does not retain jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** this the **8**$^{th}$ day of **February 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**